IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV623-FDW

| | |
|---|---|
| RONALD TAMARCUS CLARK, ) | |
| Petitioner, ) | |
| vs. ) | **O R D E R** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court on Petitioner's Motion for Relief Requested on Petitioner's Motion to Vacate, (Doc. No. 12). In support of the motion, Petitioner contends that the government failed to file a response to Petitioner's Motion to Vacate as ordered by the Court. Petitioner is simply incorrect, as the government filed a motion to dismiss on April 3, 2012, after receiving an extension of time from the Court. Thus, the Court will deny Petitioner's Motion for Relief Requested on Petitioner's Motion to Vacate.

**IT IS, THEREFORE, ORDERED** that:

(1) Petitioner's Motion for Relief Requested on Petitioner's Motion to Vacate, (Doc. No. 12), is **DENIED**.

Signed: April 12, 2012

Frank D. Whitney
United States District Judge